IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAY MORRISON,

      Plaintiff,                     No. CIV S-09-1544 DAD P

    vs.

D. JUST, et al.,

      Defendants.         ORDER

_____/

        By order filed May 24, 2010, the court dismissed plaintiff's second amended complaint and granted him thirty days leave to file a third amended complaint. The thirty day period expired, and the court had not received plaintiff's third amended complaint or any other response to the court's order. Accordingly, the court issued findings and recommendations, recommending that this action be dismissed without prejudice. On July 7, 2010, the assigned district judge adopted the findings and recommendations in full and closed this case.

        It has recently come to the court's attention that, on or about June 19, 2010, plaintiff attempted to file a third amended complaint and a motion for appointment of counsel. Prison officials at CSP-Sacramento metered plaintiff's legal mail at that time but failed to send it to the court until April 11, 2012. Plaintiff's third amended complaint and a motion for appointment of counsel were therefore not received by the court until April 17, 2012. Under

1

these circumstances, the court will direct plaintiff to notify the court within twenty-one days if he still wishes to pursue this civil action. If he wishes to proceed with this case, the court will re-open this action, screen plaintiff's third amended complaint, and rule on his motion for appointment of counsel. If plaintiff no longer wishes to proceed with this case, he is not required to take any further action. If the court does not hear from plaintiff within twenty-one days, the case will remain closed.

Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to notify the court within twenty-one days if he still wishes to pursue this civil action.

DATED: April 23, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
morr1544.mail