IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAY MORRISON,

      Plaintiff,                    No. 2:09-cv-01544-MCE-DAD P

    vs.

J.M. PRENTICE, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested appointment of counsel. For the reasons set forth in the court's November 15, 2012 order, the request will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 21, 2012 motion for appointment of counsel (Doc. No. 28) is denied.

DATED: December 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
morr1544.31(2)

1