IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAY MORRISON,

    Plaintiff,                   No. 2:09-cv-1544 MCE DAD P

    vs.

J. M. PRENTICE, et al.,

    Defendants.               ORDER

_____/

        On March 20, 2013, the court issued a discovery and scheduling order in this case. Defendants recently filed a motion requesting leave to take plaintiff's deposition via video conference.

        Good cause appearing, IT IS HEREBY ORDERED that defendants' motion for leave to take plaintiff's deposition via video conference (Doc. No. 37) is granted. <u>See</u> Fed. R. Civ. P. 30(b)(4).

DATED: April 11, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
morr1544.video

1