UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY MORRISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. M. PRENTICE, et al.,<br><br>　　　　　Defendants. | No. 2:09-cv-1544 MCE DAD P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 6, 2014, the magistrate judge filed Findings and Recommendations herein, ECF No. 52, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Both parties have filed objections to the Findings and Recommendations. See ECF Nos. 53, 55.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly:

1. The Findings and Recommendations filed June 6, 2014, ECF No. 52, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, ECF No. 40, is GRANTED IN PART and DENIED IN PART as follows:

    a. Defendants' motion for summary judgment on Plaintiff's excessive use of force claims is DENIED;

    b. Defendants' motion for summary judgment on Plaintiff's deliberate indifference medical care claims is GRANTED; and

3. This matter is REFERRED back to the magistrate judge for further proceedings on Plaintiff's excessive use of force claims against Defendants Prentice and Gomez.

IT IS SO ORDERED.

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT