UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAY MORRISON,

        Plaintiff,                              No.  2:09-cv-1544 MCE DAD P

  v.

J. M. PRENTICE, et al.,

        Defendants.                **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

       Clay Morrison, inmate C-03155, a necessary and material witness in proceedings in this case on November 10, 2014, is confined in Pelican Bay State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at Pelican Bay State Prison, November 10, 2014, at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Coordinator at Pelican Bay State Prison, (707) 465-9099.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Pelican Bay State Prison 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California 95531-7000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  August 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly
morr1544.841vc