IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAY MORRISON,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**J.M. PRENTICE, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:09-cv-01544 MCE DAD P<br><br>**ORDER** |

On November 26, 2014, Plaintiff and Defendants filed a stipulation for voluntary dismissal of the action with prejudice as to all Defendants. (Doc. No. 68)

The undersigned has reviewed the stipulation signed by the parties. Pursuant to that stipulation, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice; and

2. The Clerk of the Court is directed to close this case.

Dated:  December 11, 2014

/morr1544.stip

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE